## WINDHAM COUNTY, MARCH TERM, A. D. 1775.

### VENNER V. UNDERWOOD.

The plaintiff's entering into possession of the demanded premises, pending the action of ejectment will not abate it.

ACTION of ejectment for a tract of land. Plea in abatement — That after this action was appealed into the Superior Court, and depending there, the plaintiff entered into possession of the demanded premises and put the defendant out of possession, and the plaintiff still continues in possession, and holds the defendant out.

This plea was demurred to — and judgment that the plea in abatement is insufficient — For the original wrong and disseisin, and the damages still remain to be redressed.